

June 1, 2018

**SENT VIA CM/ECF**

Hon. Richard Andrews
United States District Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

>    **RE:   DBCP Sterility Civil Action No.: 1:12-cv-00697 RGA; Tobias Bermudez-Chavez et al. vs. Dole Food Company, Inc., et al.**

Dear Judge Andrews:

In accordance with this Court's Order of July 26, 2017 administratively closing this case pending resolution of an appeal in related litigation by the U.S. Court of Appeals for the Third Circuit, I am writing to notify this Court that the Third Circuit has resolved the related matter.

I realize that the Court is aware of the remand given that the matter was re-assigned to your Honor and you recently entered orders granted pro hac vice admissions. Nevertheless, I am formally informing the Court that by Order dated May 29, 2018, the Third Circuit Court of Appeals, in Case No. 14-4245, vacated the orders of dismissal entered by this Court in Case 1:12-cv-00695-RGA *Marquinez et al v. Dole Food Company Inc. et al.* dated September 19, 2013 and May 27, 2014, and the Final Judgment entered September 22, 2014.

The Court of Appeals remanded the case to the District Court for further proceedings consistent with the Delaware Supreme Court's opinion in *Marquinez v. Dow Chem. Co.*, A.3d, No. 231, 2017, 2018 WL 1324178, at *1 (Del. Mar. 15, 2018) and the Third Circuit's opinion in *Chavez v. Dole Food Co.*, 836 F.3d 205 (3d Cir. 2016) (*en banc*).

>    Very truly yours,
>    HENDLER FLORES LAW, PLLC.
>
>    Scott M. Hendler

HENDLER FLORES LAW, PLLC
The Park Terrace Building, Suite 400, 1301 West 25th Street, Austin, Texas 78705
Telephone: 512-439-3200 | Fax: 512-439-3201 | Email: info@hendlerlaw.com | Website: www.hendlerlaw.com



*/s/ Barbara H. Stratton*
Barbara Stratton
Knepper & Stratton
Delaware Bar# 2785
1228 North King Street
Wilmington, Delaware 19801
Telephone: (302) 658-1717

sh/SMH

cc: All counsel of record via CM/ECF

HENDLER FLORES LAW, PLLC
The Park Terrace Building, Suite 400, 1301 West 25th Street, Austin, Texas 78705
Telephone: 512-439-3200 | Fax: 512-439-3201 | Email: info@hendlerlaw.com |  Website: www.hendlerlaw.com